**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Wells Fargo Bank, N.A. v. Allstate Ins. Co.,* **Slip Opinion No. 2016-Ohio-3026.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-3026

WELLS FARGO BANK, N.A. *v.* ALLSTATE INSURANCE COMPANY.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Wells Fargo Bank, N.A. v. Allstate Ins. Co.,* **Slip Opinion No. 2016-Ohio-3026.]**

*Certified question of state law improvidently accepted—Cause dismissed.*

(No. 2015-1252—Submitted February 10, 2016—Decided May 18, 2016.)

ON ORDER from the United States District Court for the Northern District of Ohio, Eastern Division, Certifying a Question of State Law, No. 4:15CV0239.

_____

**{¶ 1}** The court has determined, sua sponte, that the certified question of state law was improvidently accepted for review. Accordingly, this cause is dismissed.

O'CONNOR, C.J., and O'DONNELL, PFEIFER, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Thompson Hine, L.L.P., Philip B. Sineneng, and Anthony C. White, for respondent, Wells Fargo Bank, N.A.

Bonezzi, Switzer, Polito & Hupp Co., L.P.A., and Margo S. Meola, for petitioner, Allstate Insurance Co.

_____